IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KARLA KNORR, : | |
|     Plaintiff, : | |
| : | |
| v. : | Civ. No. 11-7324 |
| : | |
| MICHAEL J. ASTRUE, : | |
|     Defendant. : | |
| : | |

# **O R D E R**

**AND NOW**, this 8th day of May, 2013, no objections to the Report and Recommendation having been filed, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The decision of the Commissioner of Social Security is **REVERSED** and **REMANDED** for further proceedings consistent with this Order;

3. The Clerk shall mark this case **CLOSED** for statistical purposes.

                                          **AND IT IS SO ORDERED.**

                                          */s/ Paul S. Diamond*
                                          _____
                                          Paul S. Diamond, J.